TOWN OF BLOOMFIELD *v.* ANTHONY NIGRO

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*Richard J. Goodman,* for the appellee (plaintiff).

*Daniel J. Hagearty,* for the appellant (defendant).

Argued February 5—decided February 5, 1974

BOARD OF ALDERMEN OF THE CITY OF SHELTON, ACTING AS THE ZONING COMMISSION *v.* THE BRIDGEPORT COMMUNITY ANTENNAE TELEVISION COMPANY ET AL.

The plaintiff's motion for an order by this court in the appeal from the Court of Common Pleas in Fairfield County directing that the judgment of the Court of Common Pleas be set aside and the case be remanded to the Public Utilities Commission with direction to set aside its decision and dismiss the named defendant's appeal for lack of jurisdiction to hear the appeal is denied.

*James W. Bracnaro,* for the appellant (plaintiff).

*Joseph P. Cooney,* for the appellee (named defendant).

*Richard L. Barger,* assistant attorney general, for the appellee (defendant Public Utilities Commission).